DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT JOHN MCMAHAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2840

[January 26, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 50-2019-CF-003889-AMB.

Philip J. Massa of Philip J. Massa, PA, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***